IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00180–RBJ–KMT

JANINE M. BARLOW,

    Plaintiff,

v.

NORTH AMERICAN GALVANIZING CO.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion for Entry of Protective Order" (Doc. No. 27, filed Sept. 23, 2011) is GRANTED. The Protective Order will be entered.

Dated: September 27, 2011