IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00180-RBJ-KMT

Janine M. Barlow,

    Plaintiff,

v.

North American Galvanizing Co.,

    Defendant.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal with Prejudice. The Court, having reviewed the stipulated motion and finding itself fully advised in the premises, for good cause shown hereby grants the motion. This action is dismissed with prejudice, with each party to bear her or its own attorney fees and costs.

Dated: November 14, 2011

By: *[signature: Brooke Jackson]*

R. Brooke Jackson
United States District Judge